EXHIBIT "4"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------X
SEQUA FINANCIAL CORP.,                    Index No: 27290/1991
                        Plaintiff,

     - against -

DELEK PETRO FUEL OIL CO., INC., K          **ASSIGNMENT OF JUDGMENT**
ENTERPRISES CORP., B.Q.E. FUEL
TRANSPORT, INC., PETROLITE, INC.,
CITIFUEL, INC., REGIONAL PETROLEUM
AND TRUCKING CORP., JUDY J. WINOGRAD
and SAMUEL FESTINGER,
                        Defendants.
-------------------------------------X

     FOR VALUABLE CONSIDERATION, receipt of which is hereby

acknowledged, Sequa Financial Corp., having an office at _300_

_Blaisdell Road, Orangeburg, NY 10962_ , ("Plaintiff") hereby

sells, assigns, transfers and sets unto George Edrich, 4720 N. 36th

Street, Hollywood, FL 33021, all of its right, title and interest

in and to the within Judgment granted in favor of Plaintiff and

against Delek Petro Fuel Oil Co., Inc., K Enterprises Corp., B.Q.E.

Fuel Transport, Inc., Petrolite, Inc., Citifuel, Inc., Regional

Petroleum and Trucking Corp., Judy J. Winograd and Samuel

Festinger,("Defendants") on or about November 15, 1994 in the

amount of $302,042.48.

     In witness whereof, this Assignment is made on this _9th_ day

of March, 2010.

                                        Sequa Financial Corporation

                                        By: _Steven R. Lowson_

STATE OF NEW YORK    )
                     )ss:
COUNTY OF NEW YORK   )

On the _9_ day of _March_____, in the year 2010 before
me, the undersigned, personally appeared _Steven R. Lowson___
as _Vice President___ of Sequa Financial Corporation, personally known
to me or proved to me on the basis of satisfactory evidence to be
the individual whose name is subscribed to the within instrument
and acknowledged to me that he/she/they executed the same in
his/her/their capacity, that by his/her/their signature on the
instrument, the individual, or the person upon behalf of which the
individual acted, executed the instrument, and that such individual
made such appearance before the undersigned in the _Orangeburg, NY_.
_____ (Insert the city
or other political subdivision and the state or country or other place the acknowledgment was taken).


_____
Notary Public
Signature and Office of Individual taking acknowledgment


JUDY CORNIEL
Notary Public, State of New York
No. 01CO6165321
Qualified in New York County
Commission Expires May 7, 20 _11_

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK                              Index No: 27290/1991

SEQUA FINANCIAL CORP.,                Plaintiff,

                        - against -

DELEK PETRO FUEL OIL CO., INC., K ENTERPRIESES CORP., B.Q.E. FUEL
TRANSPORT, INC., PETROLITE, INC., CITIFUEL, INC., REGIONAL
PETROLEUM AND TRUCKING CORP., JUDY J. WINOGRAD and SAMUEL
FESTINGER,

                                      Defendants.

## ASSIGNMENT OF JUDGMENT

JULES A. EPSTEIN, P.C.
Attorney for
600 Old Country Road, Suite 505
Garden City, NY 11530
(516) 745-1325
(516) 222-1499 (Fax)

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the
courts of New York, certifies that, upon information and belief and reasonable inquiry,
the contentions contained in the annexed document are not frivolous.

Dated:_____          Signature_____

                                Print Signer's Name____JULES A. EPSTEIN____

Service of a copy of the within                    is hereby admitted

*Dated,*                        ..................................................
                                        Attorney(s) for Defendants

SIR:  PLEASE TAKE NOTICE
*NOTICE    OF*      that the within is a (certified) true copy of a    entered in
*ENTRY*             the office of the clerk of the within named Court on      2010

*NOTICE    OF*      that an Order of which the within is a true copy will be
*SETTLEMENT*        presented for settlement to the                one of the
                    judges of the within named Court, at 100 Supreme Court Drive,
                    Mineola, NY   on         , at 9:30  A. M.

*Dated:*            Yours, etc.,
                    Jules A. Epstein, P.C.
                    Attorney for
                    600 Old Country Road, Suite 505
                    Garden City, NY 11530
                    (516) 745-1325
                    (516) 222-1499 (Fax)