EXHIBIT "6"

82kyfesc

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    UNITED STATES OF AMERICA,

4              v.                          92 Cr. 82 (JFK)

5    SAMUEL FESTINGER,                     94 Cr. 288 (JFK)

6              Defendant.

7    ------------------------------x

8                                          February 20, 1998
                                           10:30 a.m.
9

10

11   Before:

12         HON. JOHN F. KEENAN,

13                                         District Judge

14

15                    APPEARANCES

16   MARY JO WHITE
          United States Attorney for the
17        Southern District of New York
     JOHN MCENANY,
18        Assistant United States Attorney

19   CHARLES A. ROSS, ESQ.,
          Attorney for Defendant
20        767 Third Avenue
          New York, New York
21

22   ALSO PRESENT:

23        JAMES BLACKFORD, Probation Officer SDNY

24        WILLIAM CONYERS, Probation Officer EDNY

25

82kyfesc

1   THE COURT:  This is in the matter of United

2   States against Samuel Festinger.

3   How are we going to proceed?

4   MR. McENANY:  Your Honor, I thought that it might

5   make most sense for me to ask some questions designed to

6   bring out the general structure of Mr. Festinger's business,

7   bank accounts and ask him about a few specific checks that

8   we have run across, but not to attempt to do, in front of

9   the court, a full probing into the business, which I think

10   would take too much of the court's time.

11   THE COURT:  You have no objection to proceeding

12   that way, Mr. Ross?

13   MR. ROSS:  No objection.  We permit Mr. Festinger

14   to take the stand and be sworn.

15   THE COURT:  Obviously, he does have Fifth

16   Amendment rights.

17   MR. ROSS:  Absolutely.

18   THE COURT:  You are waiving them?

19   MR. ROSS:  Yes.

20   THE COURT:  Come up, Mr. Festinger.

21   MR. ROSS:  Before we start, let me inform the

22   court that I have informed Mr. Berkritsky about the trucks

23   so the court is aware, and I told Mr. McEnany that he want

24   to ask a couple of questions about them.  We informed him

25   where the trucks are and said to him he can go pick them u

82kyfesc

```
 1    or we will deliver them to a spot he decided upon.

 2              We received a payout letter from Federal

 3    Financial.  Mr. Festinger will in no way stay without those

 4    trucks being sold.  We are taking steps to have that done.

 5    I just want the court to know that.

 6    SAMUEL FESTINGER,

 7         the defendant, having duly affirmed,

 8         testified as follows:

 9              THE COURT:  You may proceed.

10    DIRECT EXAMINATION

11    BY MR. McENANY:

12         Q.    Mr. Finger, I am going to ask you a series of

13    questions about your business, occupation, other

14    money-making activities you are involved with, and the time

15    frame I am focusing on is 1997 until today, just for that

16    period of time.

17              Would you tell us during that period of time what

18    business, occupation and other activities you have been

19    involved in for the purpose, even if not successful, of

20    generating income?

21         A.    I basically sell fuel oil, do service for homes

22    that receive the fuel oil and some that don't receive fuel

23    oil, clean fuel oil tanks and done some work on vehicles,

24    repair and so on.

25         Q.    You say some work on vehicles and repair.
```

82kyfesc                                                                4

Festinger - direct

1          What are you referring to there?

2          A.    Repair, I'm talking about garage repair, since we

3    have had mechanics, they repair vehicles for either for sale

4    or for our own equipment.

5          Q.    These activities that you engaged in, do you

6    engage in them personally, do you engage in them through

7    companies or is it a combination of the two?

8          A.    It's, it's a corporate company level.

9          Q.    Will you tell us, then focusing on this time

10   period, what companies or entities or corporations did you

11   use to engage in any of these business activities?  Just

12   list us the names for the moment.

13         A.    City Fuel, H&M Utilities, General Oil, T.T.

14   Distribution and AAA Discount Fuel.

15         Q.    Any other companies?

16         A.    No.

17         Q.    In those companies, is there anybody other than

18   yourself with whom you share any of the earnings?  Are there

19   any partners, silent partners to whom you owe anything at

20   all concerning the income of that business?

21         A.    No.

22         Q.    For H&M Utilities, will you tell us where that is

23   located and what the general nature of that business is?

24         A.    Its located 156 Sullivan Street.  The primary

25   nature of the business was --

SOUTHERN DISTRICT REPORTERS (212) 805-0300

82kyfesc

Festinger - direct

5

1    THE COURT:  That's in Brooklyn, right?

2    THE WITNESS:  In Brooklyn.

3    THE COURT:  All right.

4  Q. I'm sorry.  The primary nature of that business?

5  A. Yes, the primary nature of that business was, is,

6 was the holding of equipment, trucks and the deliveries that

7 we -- the delivery system that we used for the fuel oil.

8  Q. When you say delivery system, are you talking

9 about equipment, are you talking about personnel and

10 procedures?

11  A. Delivery of fuel through trucks.

12  Q. What is the telephone number or telephone numbers

13 that are associated with H&M Utilities?

14  A. H&M doesn't have any specific phone number, other

15 than 522-1554.

16  Q. 522-1554 is subscribed to in what name?

17  A. Is listed under Best Tank Cleaning Service.

18    THE COURT:  Best Tank Cleaning Service?

19    THE WITNESS:  Correct.

20  Q. I take it that's not an active business?

21  A. No.

22  Q. And does H&M Utilities have any employees?

23  A. No, there is no payroll for H&M Utilities.

24  Q. Is there anybody who answers the phone on behalf

25 of H&M Utilities?  If somebody wanted to call H&M Utilities,

Case 1:12-cv-04069-MKB-RER Document 16-7 Filed 09/16/16 Page 7 of 64 PageID #: 98

1    who, if anybody, would pick up the phone?

2         A.    No one.

3         Q.    And AAA Discount Fuels, where is that located?

4         A.    At 156 Sullivan Street, Brooklyn.

5         Q.    Any telephone number other than the Best one that

6    you just told us about?

7         A.    No, it's the only one that currently exists.

8         Q.    And what is the business of AAA Discount Fuels?

9         A.    To sell fuel oil on a retail basis.

10        Q.    And City Fuel, where is that located?

11        A.    At 156 Sullivan Street, Brooklyn.

12        Q.    And what is the nature of the business of that?

13        A.    It also sells fuel on a retail level.

14        Q.    Does that have any employees?

15        A.    No.

16        Q.    I didn't ask you about AAA.  Does that have any

17   employees?

18        A.    No.

19        Q.    Did City Fuel used to be located at 1204 Avenue

20   U?

21        A.    City Fuel has a post office box at 1204 Avenue U,

22   but the real business take place at 156 Sullivan Street.

23        Q.    What is 1204 Avenue U?

24        A.    It was a box, an address that was used for the

25   name of City Fuel to show that City Fuel can -- is located

82kyfesc

Festinger - direct

1    in Brooklyn in that area for homeowners who wanted to

2    purchase fuel from someone who may have been local.

3        Q.    1204 Avenue U, is that an apartment?  If somebody

4    sent mail to 1204 Avenue U in the name of City Fuel, who

5    would pick it up and do something with it?

6        A.    I would pretty much pick it up from a box there

7    that exists.  It's like a mail drop facility.

8        Q.    What about General Oil Industry, where is that

9    located?

10       A.    At 156 Sullivan Street, Brooklyn.

11       Q.    Any employees?

12       A.    No.

13       Q.    And what is the nature of that business?

14       A.    Likewise, retail sales of fuel.

15       Q.    And what connection does that business have with

16   4416 18th Avenue in Brooklyn?

17       A.    That's the location or address for General Oil,

18   again, for advertising sake if someone wanted a local oil

19   company in that area.

20       Q.    And what is at 4416 18th Avenue?

21       A.    It's a mail drop location.

22       Q.    Is there a box there that says --

23       A.    Yes, there is a box, 164.

24             THE COURT:  When you say it's a mail drop

25   location, it's not a post office box, it's a private place?

Case 1:12-cv-04069-MKB-RER Document 16-7 Filed 08/16/16 Page 9 of 64 PageID #: 100

1          THE WITNESS:  Yes.

2          THE COURT:  What is it?  Is it a home or an

3   office?  What kind of place is 441618th Avenue?

4          THE WITNESS:  It's a store that does -- sells

5   balloons and other things like that.

6          THE COURT:  Balloons?

7          THE WITNESS:  Balloons and also has post

8   office -- boxes, I should say, mail drop boxes.  It's a

9   service that they provide.

10         THE COURT:  Okay.

11  BY MR. McENANY:

12     Q.    T.T. Distribution, where is that located?

13     A.    That is located at 156 Sullivan Street as well,

14  Brooklyn.

15     Q.    And does that also use the 4416 18th Avenue mail

16  address?

17     A.    Yes, it does.

18     Q.    And does that have a telephone number?

19     A.    No.

20     Q.    How about General Oil, does that have a telephone

21  number?

22     A.    No.

23     Q.    City Fuel?

24     A.    No.

25         THE COURT:  Does T&T Distribution have any

82kyfesc                                                          3
                        Festinger - direct

1    employees?

2                    THE WITNESS:  Yes, sir, it does.

3         Q.     Who are those employees?

4         A.     Naturally, it varies with the season.  There

5    would be more employees when labor is necessary, but the

6    primary employees are during that period Sam Festinger,

7    myself, Rachel Weiss, possibly Teddy Morosky at some point,

8    Francisco Arbuzi.

9                    THE COURT:  So that's the only one of the

10   companies that has a payroll?

11                   THE WITNESS:  Correct, sir.

12        Q.     And that is in the business of retail fuel

13   distribution?

14        A.     It's the name that is used on the, on the truck

15   for the transportation of the petroleum.

16        Q.     You say truck.  What physical assets do any of

17   these companies that we have just discussed have?

18        A.     There's no physical real assets for any of the

19   companies, other than -- well, the T.T. possibly have just

20   the trucks.

21        Q.     T.T. has how many trucks?

22        A.     About five trucks on the premises.

23        Q.     And are those trucks parked at 156 Sullivan

24   Street when they are not in use?

25        A.     Yes.

Festinger - direct

1      Q.    And do they have painting on them, signs on them

2  T.T. Distribution?  Is that how they are indicated?

3      A.    Yes, they have T.T.T. transport, petroleum

4  transport.

5      Q.    And does T.T. own those trucks free and clear, or

6  what is their financial status?

7      A.    We've -- bookkeepingwise, we allocated that I own

8  them personally, but, yes, they would be categorized as

9  T.T.'s equipment if --

10          THE COURT:  Maybe I don't understand.  I don't

11  understand.  Could you read that to me.  Maybe I didn't hear

12  it.

13          (Record read)

14          THE WITNESS:  Well, strike the "if," and they are

15  free and clear.

16          THE COURT:  So they are free and clear, there is

17  no money owed on them?

18          THE WITNESS:  Correct.

19          THE COURT:  And who is the registered owner with

20  the Motor Vehicle Bureau of the trucks?

21          THE WITNESS:  It would be CDL or Carl Transport.

22          THE COURT:  Carl Transport?

23          THE WITNESS:  Correct.

24          THE COURT:  What does Carl Transport lease them

25  to T.T.?

                           Festinger - direct

1                 THE WITNESS:  Correct, sir.

2                 THE COURT:  Who is Carl Transport?

3                 THE WITNESS:  It's basically me, either way.

4                 THE COURT:  Where is Carl Transport's office?

5                 THE WITNESS:  It has no office other than 156

6     Sullivan Street.  It has a mail receiving address in New

7     Jersey.

8                 THE COURT:  And what business is Carl Transport

9     in?

10                THE WITNESS:  Carl Transport is not officially a

11    business, it's just used to register vehicles, so it's in

12    the transportation business.

13                THE COURT:  Is it a corporation?

14                THE WITNESS:  No, sir.

15                THE COURT:  Could I ask you this:

16                The five fuel oil companies, City Fuel, H&M,

17    General Oil, T.T. Distribution and AAA Discount Fuel, are

18    they all corporations?

19                THE WITNESS:  City Fuel is a corporation, H&M is

20    a corporation.

21                Which were the other ones?  I'm sorry.

22                THE COURT:  General Oil.

23                THE WITNESS:  General Oil is a corporation, yes.

24                THE COURT:  T&T Distribution?

25                THE WITNESS:  I believe, yes, it's a corporation.

82kyresc                                                                    12
                              Festinger - direct

1              THE COURT:  And AAA Fuel?

2              THE WITNESS:  Yes, that is a corporation.

3              THE COURT:  Are you the president of all five

4     corporations?

5              THE WITNESS:  Yes.

6              THE COURT:  And Carl Transport is not a

7     corporation?

8              THE WITNESS:  No, sir.

9              THE COURT:  And do each of the corporations file

10    tax returns?

11             THE WITNESS:  Yes.

12             THE COURT:  And did they file tax returns in

13    1997?

14             THE WITNESS:  Yes, I believe there was -- if they

15    weren't individual, they may have been in a combined form,

16    yes.

17             THE COURT:  You mean there was one tax return for

18    the five different companies?

19             THE WITNESS:  No, sir, they were different tax

20    returns.  I don't remember.  There may have been one that

21    was combined for two, the two corporations.

22             THE COURT:  And did you draw a salary from any

23    one of the five companies in 1997?

24             THE WITNESS:  City Fuel, yes.

25             THE COURT:  And any other company did you draw a

Festinger - direct

1   salary from?

2           THE WITNESS:  Possibly General Oil.

3           THE COURT:  How about T&T Distribution?  You said

4   that that was the only company that had people on payroll.

5           THE WITNESS:  Yes, sir.

6           THE COURT:  Did you draw a salary from T&T?

7           THE WITNESS:  Yes, sir.

8           THE COURT:  Are you drawing a salary from T&T

9   now?

10          THE WITNESS:  Yes, sir.

11          THE COURT:  What do you draw?

12          THE WITNESS:  I, I guess the actual check is $800

13  for every two week period, a check.

14          THE COURT:  $400 a week?

15          THE WITNESS:  Corrects.

16          THE COURT:  And how about General Oil?

17          THE WITNESS:  No.  There is no real payroll for

18  any of the other corporations.

19          When I say -- when I was answering the question

20  about drawing salary, I meant yes, I do take advances or

21  reductions of loans from the other companies.

22          THE COURT:  Did you file an individual or

23  personal income tax in 1997 for the tax year 1996?

24          THE WITNESS:  Yes, sir, I did.

25          THE COURT:  Go ahead, Mr. McEnany.

82kyresc

14

Festinger - direct

1    BY MR. McENANY:

2        Q.    I want to ask you something about the income and

3    expenditures of each of those companies.

4             H&M Utilities Transport, Inc., again, for 1997

5    and coming up to the present, on a monthly basis, what, if

6    any, revenue does H&M Utilities have?

7        A.    None at this time, and in 97 I don't believe they

8    had much.  I don't have my records in front of me, but there

9    was no real revenue.

10       Q.    And what about expenses?

11       A.    There may have been some expenses for the

12   equipment or the trucks if they were put on.  I don't know.

13       Q.    What types of expenses would be associated with

14   H&M Utilities?

15       A.    Possibly repair equipment, parts for the trucks,

16   possibly insurance.  I don't have the records in front of

17   me.  If I look at them, I can --

18       Q.    If it had expenses and no income, how did it end

19   up paying for those expenses?

20       A.    Primarily through the main accounts, which would

21   be either City Fuel or General Oil or AAA Discount.

22             There, there was at some point an H&M account.  I

23   don't remember at what point that was closed.

24       Q.    Let me ask again before I get to bank accounts,

25   AAA Discount Fuels, Inc., during the period of time we are

Festinger - direct

1   talking about, what income did it have, if any?

2        A.    Nothing significant that I could recall.  I could

3   look at the records for more specific detail.

4              AAA Discount generated sales as a name.  There

5   may have been some small income as well, but it all went,

6   wound up during that period under the City Fuel name.

7        Q.    During that period of time, did AAA Discount sell

8   fuel to homeowners or other entities that you did fuel oil

9   business with?

10       A.    Yes.

11       Q.    And how did AAA fuel arrange for those purchasers

12  to pay it?

13       A.    They would pay either with a check or with a

14  credit card for the deliveries that they received.

15       Q.    And the check was made payable to whom?

16       A.    AAA.

17       Q.    And what about cash, did AAA get any payments in

18  cash from any of its customers?

19       A.    There may have been some payments in cash, yes.

20       Q.    Those payments in cash would be paid to the truck

21  driver directly, is that how it works?

22       A.    Yes.

23       Q.    And the truck driver --

24       A.    Would bring it to the office.

25       Q.    Bring it to you.

SOUTHERN DISTRICT REPORTERS (212) 805-0300

82kyresc                                                                16

Festinger - direct

1             City Fuel -- I'm sorry.

2             What kind of expenses did AAA Discount have

3    during the period of time we are talking about?

4        A.    Those expenses would be either in advertising,

5    possibly postage and expenses relating to the sales of fuel.

6        Q.    And if somebody was purchasing fuel from AAA

7    Discount, would it end up being delivered in a T.T. truck?

8        A.    At times T.T., at times it would be through

9    transporter.

10       Q.    At times it would be through?

11       A.    A transporter.

12       Q.    Would you explain how that is?

13       A.    That is a common carrier that would deliver fuel

14   on behalf of AAA or City Fuel.

15       Q.    You basically call up another company?

16       A.    Correct.

17       Q.    And say would you please deliver so many gallons

18   to such and such a location?

19       A.    Correct.

20       Q.    City Fuel during the period of time in question,

21   what was it's income?

22       A.    Somewhere around $1 million 400 or $1 million

23   500.

24       Q.    And it's expenditures, it's expenses during that

25   period of time?

82kyfesc

17

Festinger - direct

1  A.  Somewhere at $1 million 300 or $1 million 200.

2 Well, that's for fuel only.  There are other items there

3 under the expense sheet.

4  Q.  What other types, in addition to the fuel, what

5 other types?

6  A.  General overhead, possibly also other advertising

7 expenses, labor -- well, outside labor, transportation that

8 may have been paid to other transporters, again, vehicle

9 repair, if any.

10  Q.  And would City Fuel deliver fuel to customers in

11 T.T. trucks?

12  A.  Yes, they could, yes.

13  Q.  Is that the principal manner in which City Fuel

14 delivered fuel?

15  A.  No.  Outside transporters as well.

16  Q.  And customers would be told to pay for their fuel

17 in what manner?

18  A.  Check, cash, credit card.

19  Q.  And of the revenues that City Fuel is generating,

20 the approximately $1.4, $1.5 million, that is all from the

21 retail sale of fuel to customers?

22  A.  It may -- other items there could have been

23 repair to their furnaces, repair to tanks, cleaning of

24 tanks, repair to other peoples' trucks or cars would have

25 all been compiled inside the City Fuel.

1        Q.    Of that $1.4, $1.5 million in revenues,

2    approximately how much of that was received in cash?

3        A.    I'd estimate about ten or 15 percent possibly.

4        Q.    Let me ask about General Oil Industries.

5              During the period of time, what income, if any,

6    did General Oil Industries have?

7        A.    None that I can remember offhand without looking

8    at the records.

9        Q.    And expenditures, expenses during that period of

10   time?

11       A.    Likewise, I just don't remember them.  There were

12   expenditures.  Whether they were for equipment repair or

13   attorneys fees and legal fees, accounting fees, those would

14   also have been in City Fuel.

15       Q.    Drawing on your recollection rather than the

16   records, could you tell us the approximate amount of

17   expenses that were charged to General Oil during this period

18   of time?

19       A.    I don't remember.

20       Q.    Are we talking about $10,000, $50,000?  Can you

21   give us a ballpark?

22       A.    I imagine somewhere around 10,000 if there was a

23   number.

24       Q.    And T.T. Distribution during this period of time,

25   what income did it have?

82kyfesc                                                                  19
Festinger - direct

1         A.      T.T. doesn't really have an income other than

2   transfers from the City Fuel main account or the General Oil

3   account, possibly customers' receipts may have gone in there

4   to T.T.   Sometimes there may have been some transportation

5   work to outsiders, but if there was anything, it was

6   minuscule.

7                 THE COURT:   Wait a minute.   T.T. Distribution is

8   the company that has the five fuel trucks, isn't it?

9                 THE WITNESS:   Correct.

10                THE COURT:   What happens with the fuel trucks?

11  Are they leased to somebody?   Don't the fuel trucks generate

12  any income?

13                THE WITNESS:   We didn't do that type of

14  transaction for it, allocate a specific amount, it was all

15  under, considered under my ownership.

16                THE COURT:   I don't understand you,

17  Mr. Festinger.

18                If the company owns five fuel trucks free and

19  clear, or at least has five fuel trucks that are owned free

20  and clear by something called Carl Transport, because Carl

21  Transport owns the trucks, right?

22                THE WITNESS:   Yes.

23                THE COURT:   Does T&T pay Carl Transport for the

24  trucks?

25                THE WITNESS:   No.

SOUTHERN DISTRICT REPORTERS (212) 805-0300

82kyfesc

Festinger - direct

1                    THE COURT:  What?

2                    THE WITNESS:  No, sir.

3                    THE COURT:  What does T&T do with the trucks?

4             You got five fuel trucks.  Well, are they left

5      there parked 365 days a year?  What happens to the trucks?

6      What do you have the trucks for?

7                    THE WITNESS:  They are used to perform the

8      deliveries for T.T.

9                    THE COURT:  For who?

10                   THE WITNESS:  For the City Fuel, for the other

11     companies, City Fuel, AAA Discount.

12                   THE COURT:  But you said that AAA discount had no

13     significant income.

14            If AAA Discount delivers fuel, doesn't it

15     generate income?

16                   THE WITNESS:  Yes, it does.  Yes, sir.

17                   THE COURT:  What did you mean when you said AAA

18     Discount had no significant income?

19                   THE WITNESS:  Well, your Honor, I look at

20     AAA/City Fuel as one company, too, even though they may have

21     been separated by name, it's all under one roof.

22                   THE COURT:  Go ahead.

23     BY MR. McENANY:

24       Q.    Mr. Festinger, let me ask you this question:

25             Can you explain to us what, if any, business

Festinger - direct

1   purpose you have or you had in mind when you set up these

2   different corporations plus the Carl Transport entity to

3   perform these different functions and have these different

4   bank accounts?

5        A.   One function of the various companies is sales

6   tactic, to have different names so that when customers are

7   shopping they do have a different name.  People have --

8             THE COURT:  Look, Mr. Festinger, I don't mean to

9   be impolite to you.  He wants to know why you have five

10  different companies.  They are all in the fuel oil business,

11  right?

12            THE WITNESS:  Yes, sir.

13            THE COURT:  Now, why don't you just have one

14  company?  Why do you have five?  What is the reason that you

15  have five?

16            THE WITNESS:  When someone is shopping for fuel,

17  they may like the name City Fuel versus --

18            THE COURT:  They may what?

19            THE WITNESS:  Like, prefer the name City Fuel

20  versus the name AAA Discount Fuel.  It may give them a sense

21  of security, it's a city company or something like that.

22  It's a sales tactic.

23            The purpose of having trucks under a different

24  name is primarily so that in those situations where we do

25  have creditors that we owe funds to, they won't necessarily

82kyfesc                                                              22

                              Festinger - direct

 1    know that this is the Dell equipment or something like that.

 2                   THE COURT:  And the only company you draw a

 3    salary from is T&T Distribution?

 4                   THE WITNESS:  Yes, sir.  That's the payroll

 5    company.

 6                   THE COURT:  Did you file a personal income tax

 7    return in 1997 for the year 1996?

 8                   THE WITNESS:  Yes, sir.

 9                   THE COURT:  What was your gross income?

10                   THE WITNESS:  At $28,500, or thereabouts.

11                   THE COURT:  Go ahead.

12    BY MR. McENANY:

13        Q.    Mr. Festinger, I would like now to have you tell

14    me during this period of time what bank accounts any of the

15    companies that you have and yourself had at any bank.

16        A.    General Oil, General Fuel Oil, AAA Discount, H&M

17    Utilities, T.T.T. Distribution, City Fuel.

18                   THE COURT:  They all had bank accounts?

19                   THE WITNESS:  Yes, sir.  They had during that

20    period at some point.

21                   THE COURT:  Do they all have bank accounts now?

22                   THE WITNESS:  No.  H&M does not have a bank

23    account, General Oil does not have a bank account now.

24                   THE COURT:  But AAA does?

25                   THE WITNESS:  Yes, sir.

82kyfesc                                                              23

Festinger - direct

1                THE COURT:  T.T.T. does?

2                THE WITNESS:  Yes, sir.

3                THE COURT:  And City Fuel does?

4                THE WITNESS:  Yes, sir.

5                THE COURT:  Where are the bank accounts for AAA?

6                THE WITNESS:  At Republic National Bank.

7                THE COURT:  More than one account there for AAA

8     or just one account?

9                THE WITNESS:  Just one accountant.

10                THE COURT:  How about T.T.T., where does it have

11     its account?

12                THE WITNESS:  Chemical Bank.

13                THE COURT:  There is no more Chemical Bank.

14                THE WITNESS:  Chase, I guess.

15                THE COURT:  What branch of Chase?

16                THE WITNESS:  It's on Van Brunt Street in Red

17     Hook.

18                THE COURT:  What branch of Republic does AAA have

19     its bank account?

20                THE WITNESS:  On Kings Highway, corner of 16th

21     Street.

22                THE COURT:  How about City Fuel, where does it

23     have its bank account?

24                THE WITNESS:  Also at Republic National Bank.

25                THE COURT:  Same building?

82kyfesc

24

Festinger - direct

1          THE WITNESS:  Same building, yes.

2          THE COURT:  How much is in the AAA account now?

3          THE WITNESS:  Somewhere in the vicinity of

4   $10,000.

5          THE COURT:  How much is in the Chase account of

6   T.T.T.?

7          THE WITNESS:  The a thousand or $2,000.

8          THE COURT:  How much is in the City Fuel account?

9          THE WITNESS:  Possibly $100.

10          THE COURT:  Do you yourself have a bank account?

11          THE WITNESS:  No, sir.

12          THE COURT:  None at all, no savings account?

13          THE WITNESS:  No, sir.

14          THE COURT:  No checking account?

15          THE WITNESS:  No, sir.

16          THE COURT:  How do you pay your bills, your

17   personal bills?

18          THE WITNESS:  I use the company bank account as

19   my own personal account, practically.  I pay my bills

20   through the company.

21          THE COURT:  Where do you live now?

22          THE WITNESS:  At 1498 East 9th Street in

23   Brooklyn.

24          THE COURT:  Is that a private home?

25          THE WITNESS:  It's a two-family home.

82kyfesc                                                                25

Festinger - direct

1        THE COURT:  Do you own the house?

2        THE WITNESS:  No, sir.

3        THE COURT:  Who owns it?

4        THE WITNESS:  Mr. Habib Tawil.

5        THE COURT:  Are you related to him?

6        THE WITNESS:  Not at all, sir.

7        THE COURT:  Do you pay him rent?

8        THE WITNESS:  Yes, I do.

9        THE COURT:  How much rent do you pay him?

10        THE WITNESS:  950 a month.

11        THE COURT:  Do you pay by cash or check?

12        THE WITNESS:  By check.

13        THE COURT:  Who is the check drawn on?

14        THE WITNESS:  AAA Discount Fuel in most cases.

15   BY MR. McENANY:

16        Q.   You indicated that you took a salary from T.T.

17   Distribution, Inc.  Do I have that correct?

18        A.   Yes.

19        Q.   Did you take a salary from any of these other

20   companies?

21        A.   As a payroll check, no, but as advances on either

22   loans or such items, yes.

23        Q.   Going down these companies, again, during the

24   period 1997 to date, from H&M Utilities, approximately how

25   much money did you take out for yourself from H&M Utilities,

SOUTHERN DISTRICT REPORTERS (212) 805-0300

Festinger - direct

1     if anything?

2          A.     I couldn't pinpoint specifically H&M, but I could

3     say as a combination of all the accounts the amount would be

4     somewhere at $6,000.

5               THE COURT:  You took out $6,000?

6               THE WITNESS:  Yes, sir.

7               THE COURT:  In what period of time?

8               THE WITNESS:  In a twelve month period.

9               THE COURT:  Go ahead.

10    BY MR. McENANY:

11         Q.     When you say you took that out, you took that out

12    in what form?

13         A.     Checks.

14         Q.     Checks payable to whom?

15         A.     Either the grocery, to the meat store, to the

16    rent.  Any, any need that I had I would write the check.

17         Q.     If a customer paid by credit card, how would that

18    money eventually end up in one of the bank accounts or where

19    would the money go if the customer paid by credit card?

20         A.     To AAA Discount Fuel account.

21         Q.     The AAA Discount Fuel account where?

22         A.     At Republic National Bank.

23         Q.     And checks, would all checks be deposited into

24    one of the accounts that you are referring to?

25         A.     Yes.

82kyfesc

27

Festinger - direct

1      Q.    When was the H&M account closed?

2            Is that closed?

3      A.    Yes, it was.

4      Q.    When?

5      A.    I don't remember when.  I'm sorry.

6      Q.    And the General Fuel Oil account, did you also

7  close that?

8      A.    Yes, I did.

9      Q.    When a customer paid by cash, how would that cash

10  be accounted for?

11      A.    It would be deposited into either AAA, General

12  Oil, T.T.

13      Q.    And to what extent did you take cash out for your

14  own purposes before depositing into the bank in the first

15  place?

16      A.    If there was, it would be somewhere in the

17  vicinity of five to eight thousand dollars, which is what is

18  reported on my tax return.  But otherwise, it was all

19  deposited, and primarily deposited.

20      Q.    So you took approximately five to eight thousand

21  dollars in cash out of the cash flow for yourself plus about

22  $6,000 in checks for personal purposes during this period of

23  time?

24      A.    Correct.

25      Q.    Plus the salary checks which you were referring

82kyfesc                                                              28
                              Festinger - direct

1    to?

2          A.    Correct.

3          Q.    And that all adds up to approximately $28,500?

4          A.    No, that's a total of about $34,800.

5          Q.    Okay.  And you declared $28,500.  Where is the

6    difference between the 34,000 and the 28,500?  What accounts

7    for that?

8          A.    The 20,800 were the actual payroll checks to me.

9                About $6,000 was accounted for on the balance

10   sheet that we submitted to the Probation Department where it

11   shows that a reduction in loans were given to me as a result

12   of the $6,000 that I took, and $8,000 was reported on the

13   income tax return.

14         Q.    I'm confused.

15               The reductions in loans that you are referring to

16   were paid by check?

17         A.    Yes.

18         Q.    That's $6,000?

19         A.    Correct.

20         Q.    Unless I misunderstood you, I thought you said

21   before you took approximately 5,000 to 8,000 out in cash

22   proceeds before even depositing anything in the bank.

23         A.    Correct.  That's on the income tax return, too.

24         Q.    So just adding those up, we would get to about

25   $39,000 to $42,000.  Is that --

82kyfesc                                                            29
                          Festinger - direct

1       A.      No.

2               The income tax return has one line where you have

3       $20,800 as my payroll.

4               There is a separate line for $8,000 in other

5       income, and the financial statements for the company show

6       the other six.

7       Q.      I think I saw my mistake.  I had thought it was

8       $28,000 instead of $20,000.

9               Let me move on.

10              For each of the accounts that are active, does

11      the bank return to you cancelled checks that you have

12      written on the account?

13      A.      Either to 156 Sullivan Street or to 4416 18th

14      Avenue -- you are asking about the mail addressing?

15      Q.      No.  You get cancelled checks with your monthly

16      statement, is that correct?

17      A.      Yes.

18      Q.      And what about deposit tickets?

19      A.      We get -- an initial deposit ticket is given upon

20      the deposit itself.

21      Q.      And where do you maintain these?

22      A.      In the office at 156 Sullivan Street.

23      Q.      Do you have any personal or family obligations to

24      anybody; alimony, child care, anything of that nature?

25              THE COURT:  You are married, right?

                          Festinger - direct

 1                 THE WITNESS:  Yes, sir.

 2                 Technically, I'm married, yes.

 3                 THE COURT:  All right.  Do you pay alimony to

 4      anybody?

 5                 THE WITNESS:  To my ex-wife.

 6                 THE COURT:  How much alimony?

 7                 THE WITNESS:  In recent years, in the past year,

 8      year and a half, I haven't given her anything more than

 9      about $500, maybe $700.

10                 THE COURT:  Do you have children?

11                 THE WITNESS:  Yes, I do.

12                 THE COURT:  How many?

13                 THE WITNESS:  Four.

14                 THE COURT:  How old are they?

15                 THE WITNESS:  The youngest is nine, the next one

16      is 12-and-a-half and the next one is 17 and the oldest is

17      19.

18                 THE COURT:  Do you pay child support for the

19      children?

20                 THE WITNESS:  I pay a form of child support, yes.

21                 THE COURT:  How much totally do you pay in child

22      support per month?

23                 THE WITNESS:  It varies on their needs.  I don't

24      do it as a specific amount monthly.

25                 THE COURT:  Is there a court order requiring you

82kyresc

31

Festinger - direct

1    to pay child support?

2                THE WITNESS:  No, sir, there is no court order,

3    it was an agreement made between Mrs. Festinger and myself.

4                THE COURT:  Your ex-wife and yourself?

5                THE WITNESS:  Yes.

6                THE COURT:  When you say there is no specific

7    amount per month, when was the last time you paid child

8    support?

9                THE WITNESS:  What I do is I basically buy their

10   clothes or pay -- I'm obligated to pay their, their school

11   tuition or day camp.

12               THE COURT:  When was the last time you paid any

13   child support?

14               THE WITNESS:  In the past two weeks I've paid out

15   about $350 in child support.

16       Q.    Over the course of 1997, how much total of what

17   we are referring to as child support did you pay out?

18       A.    Approximately six to -- $600 to a thousand

19   dollars a month, depending on the situation.

20       Q.    There are some cancelled checks in the materials

21   that we received a while ago payable to Touro College or

22   Touro Law School.  Can you tell us what those relate to?

23       A.    That's my older daughter, 19 years old.  She went

24   to Touro College and I paid for her tuition.

25       Q.    Is she still going there?

82kyresc                                                             32
                         Festinger - direct

1       A.    No, not currently.

2       Q.    What is the total tuition that you --

3       A.    It was about two or three thousand dollars for a

4    semester.  I don't recall the exact number.

5       Q.    And for 1998, what do you estimate these child

6    support obligations will amount to?

7       A.    I'm supposed to be paying $300 a week for child

8    support as child support goes.  But since I pay it for their

9    needs, their clothing and so on, I would estimate it could

10   still be about I guess a thousand dollars for the month or

11   $1,200 a month.

12      Q.    And you pay for that by check drawn on one or

13   another of these bank accounts?

14      A.    Correct.

15      Q.    In addition to these child support obligations,

16   what are your other personal expenses?

17      A.    My apartment for $950 a month; my telephone bill

18   varies, somewhere around $70 or $80 a month; electricity

19   somewhere around $60 or $70 a month; gas about $40 or 50.

20            I've got food expenses on a weekly basis.  I

21   estimate that I spend about $150 or $200 a week on both food

22   and cleaning needs, like shirts and suits and dry cleaning,

23   laundry.

24      Q.    Do you live with your wife at that address, is

25   that correct?

SOUTHERN DISTRICT REPORTERS  (212) 805-0300

                            Festinger - direct

1        A.    No.  I live with my children when they are over.

2              THE COURT:  I didn't hear --

3        Q.    I'm sorry?

4        A.    Only with my children when they are over.  I live

5   by myself.

6        Q.    Are you separated from your wife at the present

7   time?

8        A.    Yes.  We have a Jewish divorce, that's a Get

9   otherwise known as.

10       Q.    And do you have any financial obligations toward

11  her?

12       A.    Not at this time, no.

13             THE COURT:  Off the record.

14             (Discussion off the record)

15             THE COURT:  You indicated you are going to ask

16  about the financial statement, that is Exhibit A to the

17  letter of February 12?

18             MR. McENANY:  Yes, that's correct, your Honor.

19             I marked the letter itself Government Exhibit 1.

20             THE COURT:  All right.

21             MR. McENANY:  Then I just wanted to give a copy

22  to the witness.

23             (Handing to the witness)

24             (Pause)

25  BY MR. McENANY:

Festinger - direct

1      Q.    Mr. Festinger, you got that in front of you,

2  right?

3      A.    Yes, sir.

4      Q.    Upper left-hand corner, the second or third line

5  says, "Related company cash analysis."

6      A.    Yes, sir.

7      Q.    What are the related companies that are covered

8  in this?

9      A.    H&M Utilities, General Oil, AAA Discount Fuel,

10  City Fuel, T.T.T. Distribution.

11      Q.    Just the five we previously discussed, is that

12  correct?

13      A.    Yes.

14      Q.    There is an item there, "Prepaid rent, $45,000."

15      A.    Yes, sir.

16      Q.    What does that refer to?

17      A.    A few years back we prepaid for a lease, a

18  long-term lease that ended, that is ending at the end of

19  1989.

20      Q.    1989?

21      A.    1998, and that is the prepaid rent.

22      Q.    And that is for what property?

23      A.    That's the 156 Sullivan Street area, building.

24      Q.    So you have paid for rent up to the end of this

25  year on that piece of property, is that correct?

Festinger - direct

1    A.    Correct.

2    Q.    Are you going to continue to stay at that

3  location or what --

4    A.    If we survive, yes.

5    Q.    The next block refers to an item called payroll

6  clearing.

7          What does that refer to?

8          Just let me point out --

9    A.    Yes, I see the line.  I'm trying to -- I, I

10  imagine, I don't know because I'm not that on top of this

11  item, but I would imagine that this is referring to payroll

12  that is to be paid, that is due at the end of this period.

13          In other words, if this was done till July 31,

14  well, then, on July 31 this amount of payroll may have been

15  due to employees.

16    Q.    Do you have a payroll service that covers your

17  payments to employees?

18    A.    Yes.

19    Q.    What is the name of the payroll service?

20    A.    Brandts Payroll Service.

21    Q.    Where are they located?

22    A.    They are in Greenpoint or that area.

23    Q.    I want to move down the page near the middle and

24  the reduction in liabilities area.

25          There is a loan payable, Samuel Festinger,

SOUTHERN DISTRICT REPORTERS  (212) 805-0300

Festinger - direct

1    $5,900?

2        A.    Correct.

3        Q.    Is that the extent of any loans that any of these

4    companies owe to you at this point?

5        A.    No.   This is the amount that was reduced from the

6    income that was generated during this period.

7              The actual loan is on a different page.   Shall I

8    point the page out?

9        Q.    No.   We will get to it.

10       A.    Okay.

11       Q.    Let me ask you, does that refer to the amount of

12   money that was paid to you, then?

13       A.    Yes.

14       Q.    And just going down there, loan payable, Regional

15   Petroleum, you paid $988 to them?

16       A.    Correct.

17       Q.    What is BA Fuel?

18       A.    That's Big Apple Fuel in the amount of $23,000

19   that was due on fuel.

20       Q.    And what is Big Apple Fuel?

21       A.    It's a fuel company.

22       Q.    A wholesale fuel supplier?

23       A.    No, also retail, but --

24             THE COURT:   Who owns it, Big Apple?

25             THE WITNESS:   Big Apple, owned by Richard

82kyresc                                                                          37
                          Festinger - direct

1    Eldridge.

2              THE COURT:  Do you have an interest in Big Apple

3    Fuel?

4              THE WITNESS:  None at all, sir.

5              THE COURT:  Well, this entry, loan payable BA

6    Fuel, $23,111.02, is that a loan that you made to BA Fuel or

7    is it a loan from BA Fuel to you?  Who loaned who the money?

8              THE WITNESS:  It was debt due to Big Apple Fuel

9    and was repaid during this period.

10             THE COURT:  So in other words, you had taken a

11   loan from Big Apple Fuel?

12             THE WITNESS:  No.  It really is for amounts that

13   were not paid and were listed as loans, but really is debt

14   due.

15             THE COURT:  I don't understand.

16             Who owed Big Apple Fuel $23,111.02?

17             THE WITNESS:  All the related companies.

18   Specifically, probably it was City Fuel.

19             THE COURT:  Had they borrowed money from Big

20   Apple Fuel?

21             THE WITNESS:  In the form of petroleum.

22             THE COURT:  In the form of what?

23             THE WITNESS:  Petroleum, oil.

24             THE COURT:  In other words, they purchased

25   petroleum oil from Big Apple Fuel?

Festinger - direct                                          38

1              THE WITNESS:  Corrects.

2              THE COURT:  And had an account in which at July

3   31, 1997 they owed $23,111.02 to Big Apple Fuel?  Is that

4   what you are saying?

5              THE WITNESS:  No.  That was the amount paid

6   during the period.  I think the amount is greater.  Owed to

7   Big Apple Fuel is a total, was a total of about $40,000, if

8   I'm not mistaken, and this is the amount which was paid

9   down.

10              THE COURT:  Okay.  Go ahead.

11   BY MR. McENANY:

12       Q.    Turning to the next page where you say assets,

13   you have a loan receivable BQE Transportation.  What is BQE

14   Transportation?

15       A.    BQE Transportation was the -- was my company that

16   owned the equipment and the related companies owed BQE --

17   BQE, actually, they owed BQE -- I'm sorry.

18              BQE owed City Fuel and its related companies

19   $27,000.

20       Q.    And this is a company of yours?

21       A.    Yes.

22       Q.    Is this company in continued operation at all?

23       A.    No, sir, it is not.

24       Q.    So this is really not an asset at all, correct?

25       A.    Correct.

Festinger - direct

1      Q.     What is K Enterprises?

2      A.     That's also one of the companies I owned in the

3  past and that was a debt due by K Enterprises to City Fuel

4  and related companies.

5      Q.     What is Basic Realty?

6      A.     Basic Realty is a company owned by one of the

7  fuel terminals we purchased fuel from, an advance, $40,000,

8  to that name, to that company so that we would have a credit

9  line.

10     Q.     You advanced $40,000 to them and you never got it

11 back?

12     A.     We are using that as a source of supplying fuels

13 currently to.

14            THE COURT:  You are using that as a base of

15 supplying fuel to them?

16            THE WITNESS:  No.  They supply fuel to us.

17            THE COURT:  They supply fuel to you?

18            THE WITNESS:  Correct.

19            THE COURT:  And as they supply fuel to you, does

20 that reduce the debt that they have to you?

21            THE WITNESS:  If I wouldn't be paying my current

22 bills, it would, but I keep up as much as I can as best I

23 can.

24     Q.     But they are requiring you to maintain a running

25 deposit of approximately $40,000 in order to continue to

82kyfesc

Festinger - direct

40

1   supply fuel to you?

2        A.    Correct.

3        Q.    And who owns Basic Realty?

4        A.    I don't even know.  I have no idea.  It's a part

5   of the 24 hour fuel system.

6        Q.    Do you have any ownership interest in or

7   beneficial interest in or any connection with Basic Realty

8   other than purchasing fuel from them and maintaining this

9   money on deposit?

10       A.    None whatsoever.

11       Q.    And why do you need to keep $40,000 on deposit to

12  purchase fuel?  That seems quite high.

13       A.    In essence, in the wintertime when volume is, is

14  quick and the gallons go quickly, 40,000 isn't even high

15  enough and we don't really have a credit line.

16       Q.    In the wintertime how much fuel in a month would

17  you purchase from Basic Realty?

18       A.    Fuel consumption during the winter, during

19  January month, should be somewhere around 20 percent of the

20  annual gallons.  If our annual gallons would be

21  two-and-a-half million gallons for that period, that means

22  approximately $400,000 worth, so we would have to really pay

23  quickly in order to maintain our credit line.

24       Q.    And what is Koch Oil Trading?  It's the one right

25  underneath Basic Realty.

82kyfesc                                                                    41
Festinger - direct

1        A.    That's, Koch Oil Trading was a wholesale company

2   I, I was attempting to begin.  It's my company and it's

3   basically monies that are owed to City Fuel and related

4   companies from Koch.

5        Q.    In essence, that money will never be collected?

6        A.    Correct.

7        Q.    Let me go down to liabilities.

8              There is a notation due to Brandts.

9              What does that refer to?

10       A.    That is an amount due to Brandts Payroll Service

11  probably for either the work that they did or for as a

12  payroll service.

13       Q.    Right underneath that, loan payable officer.

14             What does that refer to?

15       A.    That's an amount that I had invested in my

16  company and to City Fuel and related companies with a total

17  of $88,000, and that is due to me from the companies.

18       Q.    And when did you make that investment?

19       A.    Throughout the periods.  I don't have a specific

20  date.  It could have been at any time that I had money and I

21  put it in.

22             THE COURT:  Mr. Festinger, let's go back to due

23  to Brandts for a minute.

24             THE WITNESS:  Yes, sir.

25             THE COURT:  So you are saying that your related

82kyresc                                                                42

Festinger - direct

1    companies owe Brandts $1,685.80 as of July 31, 1997, is that

2    right?

3                THE WITNESS:  Correct.

4                THE COURT:  Turn back now to the page before, the

5    first page.

6                You told Mr. McEnany that the entry in the

7    increase in liabilities section where it reads "due to

8    payroll service" was to Brandts; correct?

9                THE WITNESS:  Yes, sir.

10               THE COURT:  And that amount there is $3,232.12.

11               THE WITNESS:  Yes, sir.

12               THE COURT:  Now, what back on July 31 of 1997 was

13   owed to Brandts?  Was it the total of the $3,232 and the

14   $1,685, or was it the difference between those figures or

15   was it one of those two figures?

16               I don't understand what the two figures mean.

17               THE WITNESS:  I believe that the due to payroll

18   service is a form of -- one second.  Let me digest.  I don't

19   want to speak without -- (Pause)

20               I didn't -- I'm not an accountant so I'm not sure

21   of the concept, but I believe -- I shouldn't say I'm not an

22   accountant, but I'm not the accountant that did this.

23               Due to payroll service in this case probably

24   means paid already, because the total here is total cash

25   provided, therefore, either it was paid or they had it on

SOUTHERN DISTRICT REPORTERS (212) 805-0300

82ky1esc                                                                    43

Festinger - direct

1    deposit towards payroll, and in the statement in the balance

2    sheet where liabilities goes it means what is still due.

3                  THE COURT:  Okay.

4                  The loan payable officer account on the liability

5    section of the balance sheet, who is that payable to?

6                  THE WITNESS:  Me.

7                  THE COURT:  That is payable to you?

8                  THE WITNESS:  Yes, $88,000, right.

9                  THE COURT:  So that is a personal asset of yours,

10   but a liability of the companies?

11                 THE WITNESS:  Correct.

12                 THE COURT:  And the loan payable to Regional

13   Petro, what is Regional Petro?

14                 THE WITNESS:  Regional Petroleum was also one of

15   my prior companies and it is a loan that is due or payable

16   to them.  It's of money owed to Regional Petroleum.

17   BY MR. McENANY:

18        Q.    Regional Petroleum is now no longer active in

19   business, correct?

20        A.    Correct.

21        Q.    What is loan payable to Petrolite?

22        A.    It is also loan due Petrolite, but the company is

23   no longer alive.

24        Q.    Petrolite is one of your companies?

25        A.    Yes, sir.

Festinger - direct

1              THE COURT:  Well, is Petrolite an active company?

2              THE WITNESS:  No, sir.

3              THE COURT:  And are you the president of

4    Petrolite?

5              THE WITNESS:  Yes, I was.

6              THE COURT:  You were?

7              THE WITNESS:  Yes.

8              THE COURT:  Has Petrolite been dissolved?

9              THE WITNESS:  Yes.

10             THE COURT:  If it is dissolved, why do you owe it

11   or why do the related company owe it $319,000, if it's no

12   longer in existence, it has been dissolved?  Why is that a

13   liability of your present related companies?

14             THE WITNESS:  We simply never wrote it off yet.

15   To write it off may show a tremendous amount of writeoffs or

16   a gain which isn't real.

17   BY MR. McENANY:

18        Q.   Going down, loan payable Citywide Fuel, what is

19   Citywide Fuel?

20        A.   That was a transportation company that sold us

21   some of the equipment that we have currently.

22        Q.   On the last page, these are your personal

23   liabilities, is that correct, as of that date?

24        A.   Yes, sir.

25        Q.   Do you have any additional personal liabilities

82kyfesc

45

Festinger - direct

1  as of the present that do not appear here?

2      A.    Yes, sir.   The tuition for my children and the

3  alimony and child support are not listed here.

4      Q.    Looking at these dollar figures, has the amount

5  that you owe on the Advanta National Credit Card changed in

6  any substantial amount from the amount shown here?

7      A.    No, sir.

8      Q.    What about American Express?

9      A.    No change.

10      Q.    You still owe them $30,000, approximately?

11      A.    Yes.

12      Q.    What about the Chase credit card?

13      A.    Yes.   It's still owed.

14      Q.    Citibank?

15      A.    Still owed.

16      Q.    Both Citibank ones?

17      A.    Yes.   Still owed.

18      Q.    Bank of America, also?

19      A.    Still owed.

20      Q.    Is that a credit card?

21      A.    Yes, sir.

22      Q.    What is Sequa Financial?

23      A.    That was a finance company that financed the

24  trucks that we had in the past and they were repossessed.

25      Q.    And you still owe them $230,000, is that correct?

SOUTHERN DISTRICT REPORTERS (212) 805-0300

Festinger - direct

1      A.    Yes.

2      Q.    And Federal Financial, that is the matter

3  relating to I guess Mr. Berkritsky, the attorney here in

4  court, the trucks?

5      A.    Yes.

6      Q.    Chase business loan, what is that?

7      A.    That was a revolving credit line we had back in

8  1990 or 91, somewhere in that range, and that was an amount

9  unpaid at that point.

10          THE COURT:  When you say "we had," what --

11          THE WITNESS:  I really mean me and my companies,

12  City Fuel.

13          THE COURT:  This page that Mr. McEnany is asking

14  you questions about now lists your personal liabilities.

15          Do you personally owe Chase $250,000?

16          THE WITNESS:  Yes, sir.  It was a personal

17  signature that guaranteed the loan.

18          THE COURT:  I see.  So in other words, you are

19  the guarantor for your companies?

20          THE WITNESS:  Yes, sir.

21  BY MR. McENANY:

22      Q.    Has Sequa Financial taken any action to recover

23  this $230,000?

24      A.    No, sir.

25          THE COURT:  How about Chase?

ozkylesc

47

Festinger - direct

1              THE WITNESS:  No, sir.

2              THE COURT:  And the gentleman here in court, he

3     is from Sequa?

4              MR. McENANY:  Federal Financial.

5              THE COURT:  Federal Financial.

6              And you took a personal loan from Federal

7     Financial or did the companies take a loan and you

8     guaranteed the loan?

9              THE WITNESS:  The companies took the loan and I

10    guaranteed it.

11             THE COURT:  And when did you take the loan from

12    Manufacturers Hanover Trust for the truck?

13             THE WITNESS:  Sometime in 1989, possibly 1990.

14             THE COURT:  Have they made any efforts to

15    collect?

16             THE WITNESS:  No, sir.

17             THE COURT:  How about Chase, when did you take

18    that loan from Chase, to which company you owe a quarter of

19    a million dollars as the guarantor?

20             THE WITNESS:  That was in 1990 or 1991.

21             THE COURT:  Has Chase taken any action at all to

22    collect on the loan?

23             THE WITNESS:  Only back then in 1992, 1993.

24    Currently all they have is judgments against me.

25             THE COURT:  That's reduced to a judgment?

Festinger - direct

1          THE WITNESS:  All of these are judgments.

2          THE COURT:  Oh, they are all judgments?  The

3   Advanta, the American Express, the Chase credit card, the

4   Citibank credit card, the two Citibank credit cards, those

5   are all judgments?

6          THE WITNESS:  I believe they are.  I haven't

7   looked at where you look for judgments, but I know they are

8   in my financial -- my TRWs.

9          THE COURT:  They are in your what?

10         THE WITNESS:  TRW, you know, the credit reports

11  as due and owing.  I don't know what they did with them.

12         THE COURT:  And does Sequa have a judgment

13  against you for $230,000?

14         THE WITNESS:  Yes, sir.

15         THE COURT:  And does Federal Financial have a

16  judgment against you for $220,000?

17         THE WITNESS:  I believe so.

18         THE COURT:  And does Chase have a judgment

19  against you for $250,000?

20         THE WITNESS:  Yes, sir.

21         THE COURT:  And does Manufacturers Hanover Trust

22  have a judgment against you for $13,500 on this loan for the

23  truck?

24         THE WITNESS:  Yes, sir.

25         THE COURT:  And in connection with this case, you

Festinger - direct

1    owe Manufacturers Hanover $160,000?

2              THE WITNESS:  We have done the recalculation.  I

3    believe the number is $185,000.

4              THE COURT:  Okay.

5              THE WITNESS:  Yes.

6              MR. McENANY:  Your Honor, let me just have a

7    moment with Mr. Blackford.

8              (Pause)

9              Your Honor, I think I have covered as much

10   general territory as makes sense to do it in a setting like

11   this.

12             THE COURT:  Is there anything else that the

13   Probation Department suggests, Mr. McEnany, that you want to

14   have elicited in order to know his financial condition?

15   Anything else that you think you want to learn?

16             MR. BLACKFORD:  I don't think so, your Honor.

17             MS. CONYERS:  No.

18             THE COURT:  All right.  Mr. Ross.

19   CROSS-EXAMINATION

20   BY MR. ROSS:

21        Q.   Mr. Festinger, are there markets and seasonal

22   markets that affect the factors in your delivering oil?

23        A.   Yes, there are.

24        Q.   Describe them briefly for us?

25        A.   I will start with the current.  Right now we are

50

Festinger - cross

1   experiencing one of the slowly of the winters --

2               THE COURT:  I'm sorry?

3               THE WITNESS:  One of the slowest and warmest

4   winters in many years.

5       A.    A year like this year, there is no oil company,

6   healthy or otherwise, that would benefit much, and certainly

7   a weak company would be at a disadvantage.

8               Other factors are the competition that's out

9   there in the fuel industry is able to deal with their

10  delivery systems in a way which I cannot.

11              Obviously, I am running as clean an operation as

12  I can and other companies can compete in unethical manners,

13  so when it comes to getting a bid from the government or

14  setting some type of major contract, you cannot come close

15  to their prices.

16              Even terminals who sell fuel at a wholesale price

17  don't bid on some of these contracts because there is no way

18  they can supply the fuel even at a wholesale cost for the

19  same price those other companies are delivering the fuel to.

20              Now, that's number two item.

21              Number three, the real estate people and

22  homeowners have basically two large expenditures:

23              The first is their mortgage to the bank which

24  they can't get out of, but their second expenditure, which

25  is usually their heating bill, they cannot pay and benefit

1   substantially.  So many people don't necessarily pay their

2   bills.

3           We try very hard to maintain control, but it's

4   impossible.  Back in 1990, when the real estate market fell

5   apart, is basically when I fell apart.

6       Q.    Mr. Festinger, with respect to the time period

7   that Mr. McEnany was asking you about, that being 1997

8   calendar year and this part of 1998, going back to 1997, how

9   would you characterize that winter period just in terms of

10  the seasonal affect of weather and market demand on your

11  business?

12      A.    The market demand has diminished substantially

13  during 1997 and down to today.  In 1997 we experienced many

14  people converting to gas and loss of market share because of

15  the fierce competition.

16      Q.    Thank you.

17          MR. ROSS:  I have no further questions.

18          Thank you.

19          THE COURT:  Okay.

20          I have one or two.

21          MR. McENANY:  Your Honor, may I ask one specific

22  question?

23          THE COURT:  Sure.

24  REDIRECT EXAMINATION

25  BY MR. McENANY:

Festinger - cross

52

1    Q.    United Welfare Fund, some checks are made payable

2    to that.  What is United Welfare Fund?

3    A.    That's a union that we, City Fuel and related

4    companies, pay to have benefits for our employees.  The

5    benefits would include medical coverage and union dues and

6    things like that.

7    Q.    Are your employees members of the United --

8    A.    Anyone, yes.

9    Q.    What is the union that they are members of?

10   A.    Its called the United Welfare Fund, Local 553, I

11   think.

12        MR. McENANY:  Thank you, your Honor.

13        THE COURT:  Okay.

14        Mr. Festinger, when did you last make any

15   restitution payment?

16        THE WITNESS:  About six or seven months ago, I

17   believe, I made a ten or 16,000 payment to Chase,

18   chemical -- to Manufacturers for this case.

19        THE COURT:  Could you read back the question and

20   the answer.

21        I want up to listen to the question and then your

22   answer.

23        (Record read)

24        THE COURT:  To whom did you last make payment?

25   Was it to Chase?

82kyfesc

53

Festinger - cross

1          THE WITNESS:  I don't remember what the check

2    read.  I believe it reads check Chase Manhattan Bank.

3          THE COURT:  You say that was approximately six

4    months ago.

5          THE WITNESS:  Correct.

6          THE COURT:  Now, there was a payment due to Chase

7    on August 1 of $16,618.37.

8          Was that ever paid?

9          THE WITNESS:  I don't remember, sir.  I know that

10   one of the scheduled payments sometime that year, perhaps

11   the one before that, I don't remember offhand.

12         THE COURT:  August is the eighth month and we are

13   now in the second month so that would have been six months

14   ago or nearly seven now, and there was another payment due

15   to Chase of $16,995.10 on November 1 of 1997.

16         Was that payment made?

17         THE WITNESS:  No, sir.

18         THE COURT:  And you don't know whether or not the

19   $16,618.37 was paid?

20         THE WITNESS:  No, sir.

21         THE COURT:  Or you say it was not?

22         THE WITNESS:  It probably was not.  I just don't

23   remember what the last payment was.

24         MR. McENANY:  Mr. Blackford advised me that he

25   thinks a payment, in fact, was made on August 1.

SOUTHERN DISTRICT REPORTERS (212) 805-0300

Festinger - cross

1    THE COURT:  There was a payment, because I'm

2    addressing now the gentleman from the Probation Department,

3    the communication that I received from the Probation

4    Department dated November 13 of 1997, signed by

5    Mr. Blackford, indicates on page two of the letter to me,

6    "Efforts are being made to verify that Festinger made

7    scheduled restitution payments to Chase bank."  Payments of

8    the amounts that I just stated were due August 1 and

9    November 1, 1997, respectively.

10   Mr. Festinger said he did not make the November 1

11   payment, he doesn't seem to think he made the August 1

12   payment, but the Probation Department things he made the

13   August payment.

14   MR. BLACKFORD:  Your Honor, since that memo, in

15   fact, the latest, January 28 memo, does indicate that the

16   bogus first payment was made and I have been in frequent

17   contact with the bank.

18   THE COURT:  I'm sorry.  Let me read.  There are

19   so many papers in this that I forget which one is the

20   operative paper.

21   Let me just reread the January 28 memorandum.

22   (Pause)

23   There was something you testified to just a few

24   moments ago, Mr. Festinger, that I'm not a hundred percent

25   clear about.

SOUTHERN DISTRICT REPORTERS (212) 805-0300

82kyfesc

Festinger - cross

55

1    Do the four children live with you some of the

2    time, none of the time or all of the time?

3    THE WITNESS: Only some of the time.

4    THE COURT: Some of the time. Okay. Thank you.

5    (Pause)

6    What happened to the charge relating to the

7    September 26, 1996 arrest, the state arrest?

8    THE WITNESS: That was adjourned in lieu of

9    dismissal, I think is the correct terminology.

10    THE COURT: Do you mean in contemplation of

11    dismissal?

12    THE WITNESS: Right.

13    THE COURT: And was that in Kings County Supreme

14    Court?

15    THE WITNESS: Yes, sir.

16    THE COURT: The Probation Department, and I'm

17    addressing you, Mr. Blackford, you say the matter is pending

18    in Kings County Supreme Court under docket number 96K070627.

19    Obviously, you checked records to learn that.

20    Is the matter adjourned in contemplation of

21    dismissal or is it pending, or what is its status?

22    MR. BLACKFORD: I'm sorry, your Honor, where are

23    you reading that from?

24    THE COURT: On page 2 of the last part of the

25    paragraph just above number 2.

Festinger - cross

56

1        MR. BLACKFORD:  Yes.  I believe when this what is

2   referred to now as the amended report was initially typed

3   up, at that time it was pending, but I believe conferring

4   with Mr. Conyers it has been dismissed in contemplation.

5        THE COURT:  All right.  So that charge

6   essentially is disposed of and finished.  Okay.

7        Did you represent him on that, Mr. Ross?

8        MR. ROSS:  Yes, sir.  My office did.

9        THE COURT:  And is it adjourned in contemplation

10  of dismissal?

11       MR. ROSS:  Yes, it is.

12       THE COURT:  In Supreme Court?

13       MR. ROSS:  No.  I think that is probably a

14  misprint, because the docket number here, the criminal court

15  docket number is pending in the criminal court.

16       THE COURT:  That's what I thought and that's why

17  I was asking, because I never heard of an adjournment in

18  contemplation of dismissal in the Supreme Court.

19       MR. ROSS:  No.  It was never indicted.  It was

20  pending in the miscellaneous part that you have unindicted

21  felonies and it was adjourned in contemplation of dismissal

22  without indictment.

23       THE COURT:  Thank you.

24       (Pause)

25       Are there any additional documents that the

Festinger - cross

1     Probation Department wishes to receive from Mr. Festinger?

2                     MR. BLACKFORD:  No, your Honor.

3                     THE COURT:  Do you have everything related to his

4     finances that you want?

5                     MR. CONYERS:  At this time, your Honor, yes.

6                     THE COURT:  All right.  Thank you.

7                     And I take it, Mr. McEnany -- before I address

8     you, I take it, Mr. Ross, that you are contesting and that

9     he is pleading not guilty to the four pending specifications

10    relating to violations of probation, is that correct?

11                    MR. ROSS:  Well, we have discussed that, Judge,

12    and I think it is fairly clear that with respect to the

13    restitution payments, it's obvious that the payments haven't

14    been made.  I think that is established.  And we had

15    discussed how we would procedurally deal with this, whatever

16    your Honor wanted to do.

17                    I initially requested another period of time to

18    try to sort out some additional restitution money if we are

19    going to call the question.

20                    My understanding under the rule is that

21    Mr. Festinger is entitled to a revocation hearing which can

22    be waived, or in order to avoid a contested violation

23    proceeding I had talked to Mr. McEnany about Mr. Festinger

24    entering an admission that he had failed to make

25    restitution.  Either of those procedural possibilities exist

Festinger - cross

58

1    to the court.

2            I would also say that it would be my argument to

3    the court that Mr. Festinger should not be either violated

4    or sent to jail because of his inability to make restitution

5    payments.

6            THE COURT:  What about Specification 1?

7            MR. ROSS:  Well, I suppose your Honor could make

8    a finding that that was a violation of probation.

9            Mr. Festinger, I believe, did inform the

10   Probation Department of the arrest, that that case was gone

11   over by the Kings County district attorney's office and the

12   judge in criminal court and they made a determination that

13   it wasn't something that was to be proceeded upon, and I

14   would urge the court not to violate Mr. Festinger on that

15   charge.  We would certainly enter a not guilty plea to that

16   violation.

17           THE COURT:  What is the government's position

18   concerning Specification 1 in view of the status of the case

19   in Brooklyn?

20           And it is conceivable, and I don't mean this in

21   any way critically but it is conceivable that you are not

22   familiar with the state procedure.  An adjournment in

23   contemplation of dismissal is a recognition by the court

24   that if he doesn't do anything improper between the time of

25   the adjournment and whatever date is fixed, there is

Festinger - cross                                          59

1    generally a suspense date fixed, that the case is dismissed

2    with prejudice.

3            In other words, it is my experience, Mr. McEnany,

4    that no case that was ever adjourned in contemplation of

5    dismissal ever was prosecuted.

6            MR. McENANY:  Yes.  I'm somewhat familiar with

7    that.

8            THE COURT:  Okay.

9            MR. McENANY:  I'm not pushing that as a ground.

10           THE COURT:  Okay.  So Specification 1, I find

11   that there is no violation on.

12           What about Specifications 2, 3 and 4, what is the

13   government's position concerning those?

14           There is no question that the restitution was not

15   paid, but the question is, was there the ability to make any

16   restitution payment.  That's really the question, isn't it?

17           MR. McENANY:  Yes.

18           THE COURT:  I mean, pulling this apart -- you can

19   leave the witness stand, Mr. Festinger, and go back and sit

20   with Mr. Ross.

21           MR. McENANY:  As I stated last time, I guess my

22   principal concern was that Mr. Festinger hadn't made his

23   finances sufficiently clear to the Probation Department.

24           We have had this proceeding and I really can't, I

25   can't put my finger on any quantity of money that would seem

Festinger - cross

1    that I can say that should have been paid.

2         There may be some funds there, but the court now

3    has an idea of how difficult it is to figure out what's

4    going on, and not to mention, you know, it's probably a

5    business like every other business and --

6         THE COURT:  One thing that he said near the end

7    of his time on the witness stand is something that I have

8    heard on the radio and seen on television and read in the

9    financial pages of the newspapers, which is, this is a

10   terrible year for fuel oil.  There is no question about

11   that, because, as he said, it's the warmest winter in

12   history.  So these five companies, if they ever made money,

13   this winter is one that they are not going to make very

14   much.

15        So the question really becomes, as far as I can

16   see, and if I'm wrong I don't mind being educated by either

17   you or Mr. Ross or the probation officers, I don't have any

18   false pride of office in that regard, I mean, the question

19   is whether or not under Specification 2 he could have made

20   the restitution payments; the question is whether or not

21   under Specification 3 he could have complied with the

22   September 8 -- well, as to Specification 4, rather, whether

23   he could have complied with it.  And the question is really,

24   in view of the fact that we have had this hearing, I mean,

25   we know as best we can, I guess, what his financial

Festinger - cross                          61

1   condition is.

2                What is the recommendation here of the government

3   as to what course I should pursue today?

4                MR. McENANY:  Your Honor, I think, and I hate to

5   say this because of the burden it places on the Probation

6   Department, but Mr. Festinger, I think -- I don't think that

7   he could be violated based on the record that I have been

8   able to make at this point.

9                THE COURT:  I am inclined to agree with you.  I

10  just don't see how you can say that he has the wherewithal

11  to pay anything.

12               MR. McENANY:  The last time I was here I was

13  principally concerned with what seemed to me to be a failure

14  to be fully forthcoming as far as explaining his finances to

15  the Probation Department is concerned.  We could obviously

16  spend a lot more time on his finances, but that would not be

17  profitable in a setting like this.

18               It seems to me that he is going to have to

19  continue to maintain his financial records for such review

20  as the Probation Department deems appropriate under the

21  circumstances.

22               At this moment I don't see any way to try to make

23  some restitution happen in the next little while, which is

24  regrettable, because, you know, I'm thinking particularly of

25  the fraud on the consumers as to which there has been no

Festinger - cross

62

1   recompense in any sense of the word, and that I find a bit

2   troubling.  But I can't disagree, I don't see where there is

3   any possibility of any meaningful payment toward restitution

4   on this amount at that time.

5           So I guess we should probably be continued on his

6   probation with continued review.

7           I don't want to soak up the Probation

8   Department's resources.  I see no alternative.

9           THE COURT:  Neither do I.  But by the same token,

10  although I'm not from Missouri, I do tend, if not to be

11  cynical, to be questioning.  Based on the record before me,

12  I don't find any violation of probation.  I cannot make a

13  finding that he violated probation.

14          But I do direct and I do want him to supply to

15  the Probation Department as they require it any financial

16  data that they want, and I direct that he supply to the

17  Probation Department a copy of his 1997 personal income tax

18  return when he files it.

19          Have you gotten an extension, Mr. Festinger, or

20  are you going to have to pay it and file, if you have to

21  pay, by April 15, like everybody else?

22          THE WITNESS:  Probably be extended, your Honor.

23          THE COURT:  It probably would be extended.

24          Well, if you request an extension, I want you to

25  let the Probation Department know you are requesting an

82kyfesc                                                              63
                          Festinger - cross

1    extension, and when you ultimately file it I want the

2    Probation Department to be supplied with a copy of your

3    personal income tax return, and I also want any corporate

4    tax returns that are filed supplied to the Probation

5    Department, that is, for each of these five companies.

6              Do you understand that, sir?

7              THE WITNESS:  Yes, sir.

8              THE COURT:  All right.  And I continue him on

9    probation.

10             Is there anything else?

11             MR. McENANY:  I can't think of anything at the

12   moment, your Honor.  We will try to stay on top of it and if

13   the Probation Department can --

14             THE COURT:  Okay.  I will be out of the district

15   for a while in March, but other than that I plan to be here,

16   so if anybody needs me, contact my chambers.

17             MR. McENANY:  Your Honor, I would like to thank

18   the court for its time in this matter.

19             THE COURT:  My pleasure.

20             MR. ROSS:  Thank you.

21

22                              - - -

23

24

25