```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------X
GEORGE EDRICH,
                    Plaintiff,          Case No: CV-12-4069

    - against -                         AFFIDAVIT

SAMUEL FESTINGER,
                    Defendant.
-----------------------------------X
```

STATE OF New Jersey )
                    ) ss:
COUNTY OF Bergen    )

**GEORGE EDRICH**, being duly sworn, deposes and says:

1. I am the Plaintiff in this action.

2. I submit this affidavit in further support of my motion for summary judgment to renew or extend the judgment I own against Defendant Samuel Festinger.

3. I am not in the business of buying and selling claims or judgments and I am not in the debt collection business.

4. Other than the judgment at issue in this case, I have never purchased or otherwise taken assignment of a judgment or claim in New York or any other state.

                                                      _____
                                                      **GEORGE EDRICH**

Sworn to before me on this
17 day of June, 2017

_____
Notary Public



```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK                    Case No: 12-4069
_____

GEORGE EDRICH,                                         Plaintiff,
                        - against -

SAMUEL FESTINGER,                                      Defendant.
_____
```

## AFFIDAVIT

```
                    JULES A. EPSTEIN, P.C.
                     Attorney for Plaintiff
              100 Jericho Quadrangle, Suite 300
                      Jericho, NY 117530
                        (516) 745-1325
                     (516) 222-1499 (Fax)
```
_____

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.

Dated:_____          Signature_____

                                      Print Signer's Name___JULES A. EPSTEIN____

Service of a copy of the within                          is hereby admitted

*Dated,*                       ..........................................
                                      Attorney(s) for Defendants

SIR:   PLEASE TAKE NOTICE

*NOTICE    OF*      that the within is a (certified) true copy of a    entered in
*ENTRY*             the office of the clerk of the within named Court on     2012

*NOTICE    OF*      that an Order of which the within is a true copy will be
*SETTLEMENT*        presented for settlement to the                  one of the
                    judges of the within named Court, at 100 Supreme Court Drive,
                    Mineola, NY   on              , at 9:30   A. M.

*Dated:*                   Yours, etc.,
                           Jules A. Epstein, P.C.
                           Attorney for Plaintiff
                           100 Jericho Quadrangle, Suite 300
                           Jericho, NY 11753
                           (516) 745-1325
                           (516) 222-1499 (Fax)